**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ZHE PENG,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2630-KC** |
| | § | |
| **WARDEN, EL PASO PROCESSING CENTER, et al.,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Petitioner Zhe Peng's Petition for a Writ of Habeas Corpus, ECF No. 1. Peng alleges that she was admitted to the United States in March 2026 on a B-2 visitor visa expiring September 8, 2026. Pet. ¶¶ 19–20. Sometime over the summer, she became pregnant by a United States citizen. *Id.* ¶¶ 21–22. She then overstayed her visa, and on September 24, 2026, she was detained by immigration officials at a USCIS appointment. *Id.* ¶ 24. Peng alleges that she has not been given proper medical care since her detention, despite her suffering a fever and requesting to "have the fetus checked." *Id.* ¶¶ 27–28.

It appears that Peng is entitled to and has requested a bond hearing under 8 U.S.C. § 1226(a), but she alleges that she has not yet received one. Pet. ¶ 17. Accordingly, the Court **ORDERS** that, **on or before November 2, 2026**, Respondents shall file notice informing the Court of the following:

(1) whether Peng has been given a bond hearing under 8 U.S.C. § 1226(a);

(2) if Peng has been given a bond hearing, what the outcome of the hearing was; and

(3) if Peng has not been given a bond hearing, why.

**SO ORDERED.**

SIGNED this 26th day of October, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE